Núm. 8616.—Pueblo, apldo. v. Gautier, aplte.—C. D. San Juan.

Marzo 31, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación radicada por el Fiscal y oídas las manifestaciones orales hechas por el acusado apelante para justificar su tardanza en perfeccionar el recurso, el Tribunal en el ejercicio de su discreción declara sin lugar la desestimación solicitada y concede al apelante un término de treinta días para elevar a este Tribunal los autos del caso.

El Juez Asociado Sr. Todd, Jr., no intervino.

Llamadas para vista las causas que a continuación se expresan, compareció el Pueblo de Puerto Rico por su fiscal, y apareciendo que el apelante no presentó alegato y no obstante habérsele notificado el señalamiento no compareció al acto de la vista, se desestimaron por abandono los recursos.

Núms. 8472, 8473, 8474, 8477, 8478, 8479, 8480, 8481, 8482, 8483, 8484, 8485, 8486, 8487, 8493, 8501, 8502, 8503, 8505, 8508, 8509, 8510, 8515, 8516, 8520, 8521, 8523, 8555, 8557, 8558, 8559, 8561, 8577, 8578, 8586, 8587, 8588, 8591, 8593, 8594, 8595, 8597, 8603, 8604, 8605, 8606,

8621, 8622, 8634, 8635, 8636, 8637, 8638, 8642, 8643, 8646, 8647, 8680, 8681, 8682, 8683, 8684, 8685, 8688, 8689, 8691, 8692, 8693, 8698, 8699, 8703, 8704, 8708 8709, 8711, 8712, 8714, 8715, 8718, 8719, 8720, 8725, 8726, 8728, 8729, 8734, 8735, 8736, 8737, 8739, 8741, 8745, 8746, 8747, 8748, 8751, 8753, 8755, 8774, 8777, 8778, 8779, 8780, 8787, 8791, 8792, 8793 y 8796.

Llamadas las causas que a continuación se expresan para la vista de la moción de la parte apelada solicitando la desestimación del recurso por abandono, sólo compareció dicha parte por su fiscal, y habiendo informado el secretario que el apelante fué notificado de la moción y del señalamiento, sin que haya impugnado la moción en forma alguna, y apareciendo de la certificación acompañada que el apelante dejó transcurrir el término de ley sin perfeccionar el recurso y no habiéndose elevado aún los autos a este tribunal, se declaró con lugar la moción y en su consecuencia se desestimaron los recursos.

Núms. 8612, 8613, 8614, 8615, 8617, 8618, 8619, 8620, 8623, 8624, 8625, 8652, 8653, 8654, 8665, 8666, 8671, 8672, 8673, 8674, 8675, 8676, 8677, 8679, 8695, 8696, 8702, 8750, 8756, 8757, 8758, 8759, 8760, 8761, 8762, 8763, 8764, 8765, 8767, 8768, 8769, 8773, 8783, 8784 y 8785.

También se desestimaron por abandono las causas núms. 8392 y 8582.

### (b) FALTA DE JURISDICCIÓN